UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SYNEEDA LYNN PENLAND, | ) | Civil Action No. 13-1465(RMC) |
| Plaintiff | ) | |
| v. | ) | |
| RAYMOND MABUS, | ) | |
| Secretary of the Navy, et al., | ) | |
| Defendants | ) | |

## RESPONSE TO SHOW CAUSE ORDER

Plaintiff Syneeda Lynn Penland, by her attorney E. Christopher Amos, Esq., makes the following response to the Court's Show Cause Orders of March 12, 2014 and March 27, 2014.

1. Plaintiff's attorney has made several efforts to obtain service on Defendants. Plaintiff's attorney most recently sent complaints and summons to all Defendants as well as the United States Attorney General and the U.S. Attorney for the District of Columbia by mail on January 17, 2014.

2. A Motion to Dismiss Plaintiff's Complaint was filed on behalf of all Defendants on April 4, 2014 by the U.S. Department of Justice, indicating that service has been accepted on Defendants' behalf.

3. Plaintiff's attorney was unable to respond definitively to the Court's Order of March 12, 2014 because he was unsure which Defendants had been served.

4. Plaintiff would be unfairly prejudiced if this Court dismissed her complaint because she would be deprived of an opportunity for a fair hearing before this Court.

Respectfully submitted,
/s/
E. Christopher Amos
Law Office of E. Christopher Amos
9520 Berger Rd.
Ste. 212
Columbia, MD 21046
(240) 676-6813
(240) 804-9590 fax